IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA A. BUCKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1370 |
| | ) | |
| P.H. TECH. CORP., | ) | Judge Conti |
| | ) | Magistrate Judge Hay |
| Defendant. | ) | |

## **ORDER**

AND NOW, this  18th   day of   July  , 2006, after the plaintiff, Barbara A. Buckley, filed an action in the above-captioned case, and after a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12 (b)(5) was submitted by the defendant, P.H. Tech. Corp., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12 (b)(5) [Docket No. 4] is GRANTED and the Complaint is dismissed without prejudice.

       IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

          /s/ Joy Flowers Conti
          JOY FLOWERS CONTI
          United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Erik M. Yurkovich, Esquire
       207 Pine Creek Road
       Suite 201
       Wexford, PA 15090

       Robert O. Lampl, Esquire
       960 Penn Avenue
       Suite 1200
       Pittsburgh, PA 15222